Name: Gerald E. Johnson
DOC # 963143 , Loc: E-11-2
**Branchville Correctional Facility**
**21390 Old State Road 37**
**Branchville, Indiana 47514**

**FILED**
4:01 pm, Aug 15, 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

**Civil Action No.** 3:18-cv-144-RLY-MPB
(To be supplied by the Court)

Gerald E. Johnson
Gerald Edward Johnson            **Plaintiff(s)**
Full name(s) (Do not use *et al.*)

vs.

Courier&Press News &
Vanderburgh County Jail Sheriff
Dave Wedding                     **Defendant(s)**
Full name(s) (Do not use *et al.*)

## CIVIL RIGHTS COMPLAINT

### A. PARTIES

1. I, Gerald E. Johnson _____, am a citizen of the State of Indiana and presently reside at the Branchville Correctional Facility, 21390 Old State Road 37, Branchville, Indiana 47514.

2. Defendant #1, Courier&Press News _____, is a citizen of Indiana, whose address is _____, and is

employed as _____.

Defendant #2, <u>Vanderburgh County Jail</u>, is a citizen of Indiana, whose address is _____, and is employed as <u>Sheriff Dave Wedding</u>.

```
If more space is needed to furnish the above information for additional
defendants, continue on a blank sheet, which you should label "A.
PARTIES." Be sure to include each defendant's complete address and title.
```

## B. JURISDICTION

1. This cause of action is brought pursuant to:

   ☒ 42 U.S.C. § 1983 (applies to state prisoners) **OR**

   ☐ <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971) (applies to federal prisoners)

2. ☐ Jurisdiction also is invoked pursuant to 28 U.S.C § 1343 (a)(3).

   ```
   If you wish to assert jurisdiction under different or
   additional statutes, you may list them below.
   ```

   _____
   _____
   _____

## C. NATURE OF THE CASE

**BREIFLY** state the background of your case.

I work as a small business man and I depend on people in the community for work. This is how I pay my bills. Vanderburgh County Jail Sheriff Dave ask the Carrier d Press News to come to the Jail to Take Pictures of the Jail over crowedness and they did and Posted Pictures of People in the Jail on the front Page ████████ again and again over a 2 two Year period.

**Claim II:** The Sheriff of Vanderburgh County Jail Dave Wedding

**Supporting Facts:**

The Sheriff could of used number or the building to make his point, using the People who were not even Sentence was wrong and a violation of the constitutional right of everyone involved. He the Sheriff should have given everyone the option to leave the area or stay.

**Claim III:**

**Supporting Facts:**

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:

**Claim I:** I did not give any consent to anyone, this is a violation of my constitutional rights 1, 4, 14 I have most of the clipings with me.

If more space is needed to explain any allegations or to list any supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION."

**Supporting Facts:**

Posting Pictures of a person or persons without consent is a violation of federal law. no one in the Picture had been sentence to any crime yet. This was a sales pitch by the Sheriff to get money to build a new section onto the Jail. This act would of been okay if it had been one time or if the Pictures had been blotted out This happen over and over again not only was it wrong it was a violation of federal law. by the Carried Press news

Include all facts you consider important, including names of persons involved, places, and dates. Describe how each defendant is involved. State the facts in your own words without citing legal authority or argument.

_____

_____

_____

_____

_____

_____

_____

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ☐Yes ☒No. If your answer is "Yes," describe each lawsuit.
   If there is more then one lawsuit, describe the additional lawsuit using this same format on a blank sheet, which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF."

    a. Parties to a previous lawsuit:

    Plaintiff(s): _____N/A_____

    Defendant(s): _____N/A_____

    b. Name, location of the court and the docket number: _____
    _____N/A_____

    c. Disposition of lawsuit. For example, was the case dismissed? Was it appealed? Is it still pending?

    _____

    d. Issue(s) raised: _____N/A_____

    e. Approximate date of filing lawsuit: ___N/A_____

    f. Approximate date of disposition: ___N/A_____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.  ☑Yes  ☐No

   If your answer is "Yes" briefly describe how relief was sought and the result.

   This is not a insitutional matter

3. I have exhausted available administrative remedies.  ☑Yes  ☐No
   If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If answer is "No," briefly explain why administrative remedies were not exhausted.

   I was informed that this is no an insitutional matter by the adminstration

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility that was dismissed as: frivolous, malicious, or for failure to state a claim upon which relief can be granted. Please describe each civil action or appeal.
   If there is more then one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

   a. Parties to a previous lawsuit:

   Plaintiff(s): N/A

   Defendant(s): N/A

   b. Name, location of the court and the docket number: N/A

  c. Grounds for dismissal: ☐ frivolous ☐ malicious ☐ failure to state a claim upon which relief may be granted.

  d. Approximate date of filing lawsuit: _____N/A_____

  e. Approximate date of disposition: _____N/A_____

## G. REQUEST FOR RELIEF

I request the following relief:

_____N/A_____

_____  _____
Original signature of Attorney (if any)   Prisoner's Original Signature

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the Plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is **true and correct.**

Executed at __Branchville Correctional__ on __8-10-18__
            (location)                         (date)

_____
Prisoner's Original Signature